UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jamie Moorby,** | ) Case No.: 1:06-cv-02011 |
| Plaintiff | ) Judge: EGS |
| vs. | ) |
| **Innovative Product Solutions** | ) |
| **Group, LLC d/b/a NuPharma** | ) |
| Defendant | ) |

**AFFIDAVIT OF SERVICE**

I, Jeffrey Light, hereby declare that on the 27th day of November, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Innovative Product Solutions Group, LLC.  Attached hereto is the green card acknowledging service.

[Attached: USPS PS Form 3811 Domestic Return Receipt addressed to: Innovative Product Solutions Group LLC, c/o Judith Kenney, 777 Brickell Ave, Suite 1070, Miami, FL 33131. Article Number: 7006 2150 0001 1362 9106. Signed/received 11/29/06.]

Dated this 19th day of December, 2006

/s/ Jeffrey Light
Jeffrey L. Light
Patients not Patents, Inc.
1712 Eye St., NW #915
Washington, DC 20006
(202) 277-6213
Bar # 485360

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  27 Nov, 2006 |
| NAME OF SERVER (PRINT)  Jeffrey Light | TITLE  Executive Director, Patients not Patents, Inc. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail, return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  19 Dec, 2006            *Jeffrey Light*
            Date                    Signature of Server

1712 Eye St, NW #915
Washington, DC 20006
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.