CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Jamie Moorby
_____ )
                                    )
                                    )
           vs.                      )    Civil Action No. 1:06CV02011 (EGS)
                                    )    _____
                                    )
Innovative Product Solutions Group, )
LLC d/b/a NuPharma                  )
_____ )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __20th__ day of __December__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Innovative Product Solutions Group, LLC d/b/a NuPharma

was [were]:   [personally served with process on _____].
              OR
              [served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
              __Novermber 29, 2006_____].
              OR
              [served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
              _____].
              [The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
              __D.C. Code § 13-423(a)(1), (3) and (4)_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Jeffrey Light
_____
Attorney for Plaintiff(s) [signature]
1712 Eye St., NW Suite 915
Washington, DC 20006
__485360_____          __202-277-6213_____
Bar Id. Number              Address and Telephone Number