Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMIE MOORBY

    Plaintiff(s)

V.

Civil Action No. 06-2011 (EGS)

INNOVATIVE PRODUCT SOLUTIONS GROUP, L.L.C.
doing business as
NUPHARMA

    Defendant(s)

RE: INNOVATIVE PRODUCT SOLUTIONS GROUP, L.L.C.
doing business as
NUPHARMA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 29, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of December, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Jackie Francis
    Deputy Clerk