UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Jamie Moorby                         )
                                     )
        PLAINTIFF                    )  Judge: EGS
                                     )  Civil Action No. 1:06cv02011
    vs.                              )
                                     )
Innovative Product Solutions Group,  )
L.L.C. d/b/a NuPharma                )
                                     )
                                     )
        DEFENDANT                    )
                                     )
                                     )
                                     )

MOTION FOR JUDGMENT BY DEFAULT

Pursuant to FRCP Rule 55(b)(1), Plaintiff's claim being for a sum certain, Plaintiff having entered an affidavit of the amount due, the Clerk having entered a default on Dec. 22, 2006, and Defendant not being an infant or incompetent person, Plaintiff requests the Clerk to enter judgment against the Defendant and order Defendant to pay $76,875.36, inclusive of costs, to the Plaintiff.

-1-

Respectfully Submitted,

/s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
Patients not Patents, Inc.
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213

Attorney for Plaintiff

-2-

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

```
Jamie Moorby                          )
                                      )
         PLAINTIFF                    )  Judge: EGS
                                      )  Civil Action No. 1:06cv02011
    vs.                               )
                                      )
Innovative Product Solutions Group,   )
L.L.C. d/b/a NuPharma                 )
                                      )
                                      )
         DEFENDANT                    )
                                      )
                                      )
                                      )
```

DEFAULT FINAL JUDGMENT

WHEREAS, Plaintiff, Jamie Moorby, having filed her complaint on November 27, 2006;

AND WHEREAS, Defendant, Innovative Product Solutions Group, LLC d/b/a NuPharma having failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 29, 2006;

AND WHEREAS, the clerk having entered a default against Defendant on December 22, 2006;

AND WHEREAS, Plaintiff's Bill of Costs having been submitted to the record on December 22, 2006;

AND WHEREAS, the court having jurisdiction of the parties hereto and of the subject matter hereof;

NOW THEREFORE, without trial, it is ORDERED, ADJUDGED and DECREED:

-2-

Defendant is ordered to pay $76,875.36 to Plaintiff.

                                                                                  _____
                                                                                  Emmet G. Sullivan
                                                                                  United States District Judge

Dated this _____ day of _____, _____.

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jamie Moorby  )
 )
 )
vs. )  Civil Action No. 1:06CV02011 (EGS) _____
 )
 )
Innovative Product Solutions Group, )
LLC d/b/a NuPharma )

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 20th day of December, 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Innovative Product Solutions Group, LLC d/b/a NuPharma

was [were]:   [personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): Novermber 29, 2006 ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: D.C. Code § 13-423(a)(1), (3) and (4) ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Jeffrey Light
_____
Attorney for Plaintiff(s) [signature]
1712 Eye St., NW Suite 915
Washington, DC 20006
485360   202-277-6213
_____
Bar Id. Number        Address and Telephone Number