# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jamie Moorby

v.

Innovative Product Solutions Group, LLC d/b/a NuPharma

**BILL OF COSTS**

Case Number: 1:06 cv 02011 (EGS)

Judgment having been entered in the above entitled action on _____ (date) against Innovative Product Solutions Group, LLC d/b/a NuPharma, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk........................................................................................... | $ 350.00 |
| Fees for service of summons and subpoena......................................................... | 5.36 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing................................................................. | |
| Fees for witnesses (itemize on reverse side)....................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case........... | |
| Docket fees under 28 U.S.C. 1923................................................................... | 20.00 |
| Costs as shown on Mandate of Court of Appeals................................................... | |
| Compensation of court-appointed experts........................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828..... | |
| Other costs (please itemize)............................................................................ | |
| **TOTAL** | $ 375.36 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: _____.

Signature of Attorney: *Jeffrey Light*

Name of Attorney: Jeffrey Light

For: Jamie Moorby
Name of Claiming Party

Date: 22 Dec, 2006

Costs are taxed in the amount of 375.36 and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk    By: _____    _____
                                       Deputy Clerk                  Date

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby ) | |
| ) | |
| PLAINTIFF ) | Judge: EGS |
| ) | Civil Action No. 1:06cv02011 |
| vs. ) | |
| ) | |
| Innovative Product Solutions Group, ) | |
| L.L.C. d/b/a NuPharma ) | |
| ) | |
| DEFENDANT ) | |
| ) | |
| ) | |

ITEMIZATION OF BILL OF COSTS

In support of the Plaintiff's request that this Court enter default judgment against Defendant, Plaintiff submits the following itemization of damages sought.

Damages for Plaintiff

    Principal amount prayed for in complaint:   76,500.00

    Costs

        Filing complaint                            350.00

        Postage/Mailing                              5.36

    Docket fee: Default judgment entered by clerk   20.00

    TOTAL                                             $76,875.36

                Respectfully Submitted,

                /s/ Jeffrey Light
                _____

                Jeffrey L. Light
                D.C. Bar #485360
                Patients not Patents, Inc.
                1712 Eye St., NW
                Suite 915
                Washington, DC 20006
                (202)277-6213

                Attorney for Plaintiff

–3–

Court Name: District of Columbia
Division: 1
Receipt Number: 4616608472
Cashier ID: cforrest
Transaction Date: 11/27/2006
Payer Name: patients not patents

CIVIL FILING FEE
 For: patients not patents
 Amount:    $350.00

CHECK
 Check/Money Order Num: 157
 Amt Tendered: $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

06-2011

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MIAMI FL 33131  OFFICIAL USE

| Postage | $ | $1.11 | 0291 |
| Certified Fee | | $2.40 | 13 |
| Return Receipt Fee (Endorsement Required) | | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.36 | 11/27/2006 |

Sent To: IPSG c/o Judith Kenney
Street, Apt. No.; or PO Box No. 777 Brickell Ave, #D70
City, State, ZIP+4 Miami, FL 33131

PS Form 3800, August 2006                See Reverse for Instructions

7006 2150 0001 1362 9106