UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby | ) |
| | ) |
|      PLAINTIFF | ) Judge: EGS |
| | ) Civil Action No. 1:06cv02011 |
|   vs. | ) |
| | ) |
| Innovative Product Solutions | ) |
| Group, L.L.C. d/b/a NuPharma | ) |
| | ) |
| | ) |
|     DEFENDANT | ) |
| | ) |
| | ) |

ERRATA TO MOTION FOR JUDGMENT BY DEFAULT

Plaintiff, by mistake and without deceptive intent, requested the Court to order Defendant to pay $76,875.36 to Plaintiff, including $75,000 in punitive damages.  Plaintiff withdraws its request for punitive damages and requests the Court to order Defendant to pay $1,875.36, a sum certain.

Defendant has still not entered an appearance.

Plaintiff's Motion for Judgment by Default may now be entered by the Clerk.  Fed. R. Civ. Pro. 55(b)(1).

-1-

-2-

Respectfully Submitted,


/s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
Patients not Patents,
Inc.
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213

Attorney for Plaintiff

-2-

Court Name: District of Columbia
Division: 1
Receipt Number: 4616608472
Cashier ID: dforrest
Transaction Date: 11/27/2006
Payer Name: patients not patents

CIVIL FILING FEE
 For: patients not patents
 Amount:       $350.00

CHECK
 Check/Money Order Num: 157
 Amt Tendered:  $350.00

Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

06-2011

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.



| U.S. Postal Service™ | | |
|---|---|---|
| **CERTIFIED MAIL™ RECEIPT** | | |
| (Domestic Mail Only; No Insurance Coverage Provided) | | |
| For delivery information visit our website at www.usps.com® | | |
| MIAMI FL 33131 OFFICIAL USE | | |
| Postage | $    $1.11 | 0291 |
| Certified Fee | $2.40 | 13 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $    $5.36 | 11/27/2006 |

Sent To IPSG C/o Judith Kenney
Street, Apt. No.; or PO Box No. 777 Brickell Ave, #1070
City, State, ZIP+4 Miami, FL 33131

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0001 1362 9106