```
            UNITED STATES DISTRICT COURT FOR
               THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| Jamie Moorby | ) |
| | ) |
|     PLAINTIFF | ) Judge: EGS |
| | ) Civil Action No. 1:06cv02011 |
|   vs. | ) |
| | ) |
| Innovative Product Solutions | ) |
| Group, L.L.C. d/b/a NuPharma | ) |
| | ) |
| | ) |
|     DEFENDANT | ) |
| | ) |

## NOTICE OF DISMISSAL

Whereas Defendant has not served an answer or motion for summary judgment upon Plaintiff, and

Whereas the parties have reached a settlement agreement,

Plaintiff Jamie Moorby, through her attorney and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby provides notice to the Court of the dismissal of this action WITH PREJUDICE.

-2-

Respectfully Submitted,


/s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
Patients not Patents, Inc.
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213

Attorney for Plaintiff